▮ JUREK SZARF, Individually and as Administrator of the Estate of MIECZYSLAW SZARF, Deceased, Appellant, v. BEREK BLUMENFELD, Respondent. (Appeal No. 1.) — In an action for an accounting, the appeal is from an order granting a motion to require appellant to serve a verified bill of particulars. The motion was made more than 20 days after appellant had filed a statement of readiness and without respondent having moved to strike the action from the calendar in accordance with the provisions of subdivision (4) of the Special Rule of this court. Order modified by striking from the ordering paragraph item "1". As so modified, order affirmed, with $10 costs and disbursements to appellant. Item "1" is improper because it seeks the names of witnesses present at the making of an alleged oral agreement of joint venture. This is not a proper function of a bill of particulars (*Wilson & Baillie Mfg. Co.* v. *Dumary,* 140 App. Div. 838). Costs are allowed to appellant in view of the absence of a satisfactory explanation for the lateness of respondent's motion for a bill of particulars after appellant had filed the statement of readiness and in view of the apparent disregard of the Special Rule of this court. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

▮ JUREK SZARF, Individually and as Administrator of the Estate of MIECZYSLAW SZARF, Deceased, Appellant, v. BEREK BLUMENFELD, Respondent. (Appeal No. 3.) — In an action for an accounting, the appeal is from an order granting a motion for leave to serve an amended answer. Order reversed, with $10 costs and disbursements, and motion denied, without prejudice to

a renewal of the motion upon a proper proposed amended answer. The present proposed amended answer is improper in that it pleads the legal effect of foreign statutes rather than their substance. It is also necessary to plead that the foreign statutes were in effect at the time of the alleged transaction, and to negative any exceptions excluded by the foreign statutes from their operation (*Grossman* v. *Western Fin. Corp.*, 280 App. Div. 833, and cases cited; 3 Carmody-Wait on New York Practice, pp. 483–493). In view of the particular circumstances existing, appellant shall have the right to take such further procedural steps before trial as he may deem advisable, despite his having filed a statement of readiness. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.